# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3916
epstephens@jonesday.com

JP012675
133229-600001

May 7, 2013

BY FACSIMILE (212) 805-7990

Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/13

RECEIVED
MAY 07 2013
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

Re:  *Smile Train, Inc. v. Mullaney*, 12-cv-9102 (JGK)(JLC)

Dear Magistrate Judge Cott:

We represent Defendant Brian Mullaney in the above-referenced action. Pursuant to Rule 8 of Your Honor's Standing Order for All Cases Referred for Settlement, we write on behalf of the parties to request that the settlement conference in the above-referenced action currently scheduled for May 20, 2013 at 2 p.m. be adjourned to June 11, 2013 at 10:00 a.m. as Mr. Mullaney and his counsel are not available on May 20.

Pursuant to Rule 8, opposing counsel and I agreed on proposed dates for the settlement conference and spoke with the Court's deputies earlier today. During our conversations with the deputies, the parties agreed to adjourn the settlement conference to June 11, 2013 at 10:00 a.m., subject to the Court's confirmation. Accordingly, the parties respectfully request the Court confirm that the settlement conference in the above-referenced action is adjourned to June 11, 2013 at 10:00 a.m. by endorsing this letter.

Thank you for your attention to this matter.

Respectfully submitted,

Eric P. Stephens

cc: Counsel for Plaintiff

*The request is GRANTED. So ORDERED.
James L. Cott
USMJ
5/7/13*

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

USDC SDNY
DATE SCANNED 5/7/13